IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| D.E. BOSWELL | : | CIVIL ACTION |
| v. | : | |
| CSX TRANSPORTATION, INC., *et al.* | : | NO. 05-1653 |

**O R D E R**

AND NOW, this 18th day of January 2011, upon consideration of the defendants' Motion for Summary Judgment and the response thereto, IT IS ORDERED:

That the motion is DENIED.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,  Sr. J.